| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TIMOTHY J. YOO (SBN 155531)<br>tjy@lnbyb.com<br>CARMELA T. PAGAY (SBN 195603)<br>ctp@lnbyb.com<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244 | |

☐ Movant(s) appearing without an attorney
☑ Attorney for Movant(s)

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>ROBERT DER OHANIAN, | CASE NO.: 2:11-bk-27018-ER<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☑ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. **On:** 3/18/2016 _____ Movant(s) filed a motion or application ("Motion") entitled: <u>Application of Chapter 7 Trustee to Employ Levene, Neale, Bender, Yoo & Brill L.L.P. as General Bankruptcy Counsel; Decl in Support</u>

3. A copy of the motion and notice of motion is attached to this declaration.

4. **On** 3/18/2016 _____, Movant(s) served a copy of ☐ the notice of motion or ☑ the motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. **Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).**

6. **More than** <u>17</u> **days have passed after Movant(s) served the notice of motion.**

7. **I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                    F 9013-1.2.NO.REQUEST.HEARING.DEC

8.  **No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.**

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

WHEREFORE, Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 4/5/2016

_____
Signature

CARMELA T. PAGAY
_____
Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                       Page 2                        F 9013-1.2.NO.REQUEST.HEARING.DEC

# EXHIBIT "1"

1  TIMOTHY J. YOO (State Bar No. 155531)
   tjy@lnbyb.com
2  CARMELA T. PAGAY (State Bar No. 195603)
   ctp@lnbyb.com
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, CA 90067
   Telephone: (310) 229-1234
5  Facsimile:  (310) 229-1244

6  Attorneys for Heide Kurtz
   Chapter 7 Trustee

7

8              UNITED STATES BANKRUPTCY COURT
9              CENTRAL DISTRICT OF CALIFORNIA
                 LOS ANGELES DIVISION
10

11

12  In re                          | Case No. 2:11-bk-27018-ER

13  ROBERT DER OHANIAN,            | Chapter 7

14              Debtor.            | **APPLICATION OF CHAPTER 7
                                   | TRUSTEE TO EMPLOY LEVENE,
15                                 | NEALE, BENDER, YOO & BRILL
                                   | L.L.P., AS GENERAL BANKRUPTCY
16                                 | COUNSEL; DECLARATION OF
                                   | TIMOTHY J. YOO IN SUPPORT
17                                 | THEREOF**

18                                 | [No Hearing Required]

19  **TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY**

20  **JUDGE**:

21       Heide Kurtz, the Chapter 7 Trustee (the "Trustee," or "Applicant") for the estate of

22  Robert Der Ohanian, the debtor herein (the "Debtor"), respectfully applies for authority to

23  employ Levene, Neale, Bender, Yoo & Brill, L.L.P. ("LNBYB"), as general bankruptcy counsel

24  for the effective as of January 7, 2016, and represents as follows:

25  ///

26  ///

27

28

                                    1

## I.

### NEED FOR LEGAL COUNSEL

1.　　On April 20, 2011 (the "Petition Date"), the Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.  Heide Kurtz, being duly qualified, was appointed as the Chapter 7 Trustee of the Debtor's bankruptcy estate.  As there appeared to be no asset worth administering, the Trustee filed her report of no asset on June 3, 2011, and the case soon closed on August 30, 2011.

2.　　On or about January 7, 2016, the Trustee was informed that the Debtor failed to disclose his interest in a commercial building located at 1008 E. Broadway, Glendale, California 91205 (the "Property").  In order to protect the estate's interest in the Property, the Trustee required counsel to immediately review deeds and record a certified copy of the Voluntary Petition with the Los Angeles County Recorder's Office (Inst. No. 20160031712).

3.　　While counsel typically files its employment application immediately upon commencement of its services, it was unable to do so since the order reopening the case was not entered until March 11, 2016 [Doc 15].   The Trustee submits that these are "exceptional circumstances" that warrant retroactive employment.  *In re Atkins*, 69 F.3d 970, 973 (9th Cir. 1995).

## II.

### PROPOSED EMPLOYMENT OF LNBYB

4.　　Applicant desires to employ LNBYB, whose address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California, 90067, as general bankruptcy counsel in this case.

5.　　In addition to the tasks described above in paragraph 2, Applicant requires counsel to continue to perform the following tasks:

　　　　a.　　advising Applicant with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee ("OUST") as they pertain to the Debtor;

2

b.       advising Applicant with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

c.       representing Applicant in any proceeding or hearing in the Bankruptcy Court involving its estate unless Applicant is represented in such proceeding or hearing by other special counsel;

d.       conducting examinations of witnesses, claimants or adverse parties and representing Applicant in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;

e.       preparing and assisting the Applicant in the preparation of reports, applications, pleadings and orders including, but not limited to objections to claims, settlements and other matters relating to the case;

f.       investigating, evaluating, and prosecuting objections to claims as may be appropriate; and

g.       performing any other services which may be appropriate in LNBYB's representation of Applicant during the bankruptcy case.

6.       LNBYB is composed of 26 attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees.  LNBYB, with the addition of attorneys from Robinson, Diamant & Wolkwitz, A Professional Corporation, has represented chapter 7 trustees in numerous cases over a period of more than 40 years.  As such, LNBYB is particularly well-qualified to represent Applicant in this case.  All attorneys associated with LNBYB who will render services in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.  Attached hereto as Exhibit 1 and incorporated herein by reference is a true and correct copy of LNBYB's fee schedule.  LNBYB's resume, which sets forth the experience and qualifications of LNBYB's attorneys and paralegals, can be found on LNBYB's website, http://www.LNBYB.com.       Members and associates of LNBYB are familiar with the

3

1  Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy

2  Rules, and will comply with them if employed as Applicant's counsel.

3      7.     For all the foregoing reasons, the Trustee believes that LNBYB's employment is

4  in the best interest of the estate, as required by 11 U.S.C. § 327(d) as a condition of

5  employment.

6                                        **III.**

7                        **COMPENSATION OF LNBYB**

8      8.     LNBYB has agreed to accept as compensation for its services such sums as may

9  be allowed by this Court in accordance with law, based upon the time spent and services

10 rendered, the results achieved, the difficulties encountered, the complexities involved, and other

11 appropriate factors.

12     9.     LNBYB will comply with the Guidelines for Reviewing Applications for

13 Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by

14 the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

15     10.    LNBYB has neither received a retainer nor a lien or interest in property of the

16 Debtor or third parties with respect to its representation of Applicant.  No agreement exists for

17 a division of fees between LNBYB and any other person or entity except as among the

18 members of LNBYB.

19     11.    No compensation will be paid by Applicant to LNBYB except upon application

20 to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the

21 Bankruptcy Code.

22     12.    There is no agreement between Applicant and LNBYB regarding LNBYB's

23 employment in this case other than as expressed in this Application.

24                                        **IV.**

25 **LNBYB IS DISINTERESTED AND DOES NOT HOLD ANY INTEREST ADVERSE TO**

26                               **THE ESTATE**

27     13.    To the best of Applicant's knowledge and based upon the Declaration of

28 Timothy J. Yoo (the "Yoo Declaration"), LNBYB and all attorneys associated with LNBYB

                                        4

who expect to render services in this matter are disinterested persons, do not hold or represent an interest adverse to the estate, and do not have any connections with the Debtor, the creditors of the estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST.  In addition, LNBYB has represented the Trustee in unrelated cases before the United States Bankruptcy Court.  Such prior representation does not affect the proposed representation herein.

14.    To the best of Applicant's knowledge and based upon the Yoo Declaration, LNBYB:

a.    Is not and was not a creditor, an equity security holder, or an insider of the Debtor;

b.    Is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

c.    Does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

d.    Is not a relative or employee of the OUST or a United States Bankruptcy Court judge.

## V.

## NOTICE OF THE APPLICATION IS SUFFICIENT

15.    A notice advising creditors and other interested parties of Applicant's Application to Employ Levene, Neale, Bender, Yoo & Brill, L.L.P., as general bankruptcy counsel, and summarizing the Application's contents, has been filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2).

WHEREFORE, Applicant prays that she be authorized to employ Levene, Neale, Bender, Yoo & Brill, L.L.P., as general bankruptcy counsel in this case effective as of January

1  7, 2016, with compensation to be paid in such amount as the Court may hereafter allow in

2  accordance with the law.

3
   DATED: March 18, 2016
4
                                                    _____
5                                                   HEIDE KURTZ
                                                    Chapter 7 Trustee
6

7  Presented by:

8  LEVENE, NEALE, BENDER, YOO
9  & BRILL L.L.P.

10 By:   _/s/ Timothy J. Yoo_____
          TIMOTHY J. YOO
11        CARMELA T. PAGAY
          Attorneys for Heide Kurtz
12        Chapter 7 Trustee

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                6

## <u>DECLARATION OF TIMOTHY J. YOO</u>

I, Timothy J. Yoo, declare as follows:

1.      I am an attorney at law, duly-qualified to practice before all courts of the State of California and before the United District Court for the Central District of California.  I am an associate of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB").  I have personal knowledge of the facts stated herein, except where stated upon information and belief, and as to such statements, I believe them to be true.  I make this Declaration in support of the Application of Heide Kurtz, as Chapter 7 Trustee, to employ LNBYB as general bankruptcy counsel.  Unless the context indicates otherwise, capitalized terms herein shall have the meanings as defined in the Application.

2.      LNBYB is composed of 26 attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees.  Attorneys at LNBYB have represented chapter 7 trustees in numerous cases over a period of approximately 40 years.  As such, LNBYB is particularly well-qualified to represent Applicant in this case.  All attorneys associated with LNBYB who will render services in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.  Attached hereto as <u>Exhibit 1</u> is a copy of LNBYB's fee schedule.  LNBYB's resume, which sets forth the experience and qualifications of its attorneys can be found on LNBYB's website, http://www.LNBYB.com which sets forth the experience and qualifications of the attorneys as well as their billing rates.

3.      The partners and associates of LNBYB are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and will comply with them if employed as Applicant's counsel, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

4.      Following Applicant's request that LNBYB represent her in this case as general counsel, a conflicts check was undertaken, utilizing LNBYB's client list database.  I also

1 | reviewed the potential representation of Applicant with other attorneys at LNBYB to ensure that
2 | no conflict of interest exists.

3 |      5.     I believe that LNBYB is "disinterested" based upon the fact that LNBYB:

4 |      a.     Is not and was not a creditor, an equity security holder, or an insider of
5 | the Debtor;

6 |      b.     Is not and was not, within 2 years before the date of the filing of the
7 | petition, a director, officer, or employee of the Debtor;

8 |      c.     Does not have an interest materially adverse to the interest of the estate or
9 | of any class of creditors or equity security holders, by reason of any direct or indirect
10 | relationship to, connection with, or interest in, the Debtor, or for any other reason; and

11 |      d.     Is not a relative or employee of the OUST or a United States Bankruptcy
12 | Court judge.

13 |      6.     LNBYB has represented the Trustee in unrelated cases before the United States
14 | Bankruptcy Court. Such prior representation does not affect the proposed representation herein.

15 |      7.     There is no agreement between Applicant and LNBYB regarding LNBYB's
16 | employment in this case other than as expressed in this Application.

17 |      8.     LNBYB has neither received a retainer nor advance fee. LNBYB has not
18 | received and will not receive a lien or other interest in property of the Debtor or third parties to
19 | secure payment of fees. No agreement or understanding exists for a division of fees between
20 | LNBYB and any other person or entity, except as among the partners of LNBYB.

21 |      9.     LNBYB has agreed to accept as compensation for its services such sums as may
22 | be allowed by this Court in accordance with law, based upon the time spent and services
23 | rendered, the results achieved, the difficulties encountered, the complexities involved, and other
24 | appropriate factors.

25 | ///
26 | ///
27 | ///
28 | ///

1    10.    No compensation will be paid by Applicant to LNBYB except upon application

2    to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the

3    Bankruptcy Code.

4        I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct and that this declaration was executed on March 18, 2016 at Los

6    Angeles, California.

7

8                                        TIMOTHY J. YOO

9

# Exhibit 1

| ATTORNEYS | 2016 Rates |
|---|---|
| DAVID W. LEVENE | 595 |
| DAVID L. NEALE | 595 |
| RON BENDER | 595 |
| MARTIN J. BRILL | 595 |
| TIMOTHY J. YOO | 595 |
| GARY E. KLAUSNER | 595 |
| EDWARD M. WOLKOWITZ | 595 |
| DAVID B. GOLUBCHIK | 595 |
| BETH ANN R. YOUNG | 575 |
| MONICA Y. KIM | 575 |
| DANIEL H. REISS | 575 |
| IRVING M. GROSS | 575 |
| PHILIP A. GASTEIER | 575 |
| EVE H. KARASIK | 575 |
| TODD A. FREALY | 575 |
| KURT RAMLO | 575 |
| JACQUELINE L. RODRIGUEZ | 555 |
| JULIET Y. OH | 555 |
| TODD M. ARNOLD | 555 |
| CARMELA T. PAGAY | 555 |
| ANTHONY A. FRIEDMAN | 515 |
| KRIKOR J. MESHEFEJIAN | 515 |
| JOHN-PATRICK M. FRITZ | 515 |

LINDSEY L. SMITH                 425

JEFFREY KWONG                    335

PARAPROFESSIONALS                250

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P., AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_March 18, 2016_**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Heide Kurtz (TR)     trustee@hkurtzco.com, ecf.alert+Kurtz@titlexi.com
- Andrew Edward Smyth     office@smythandsmyth.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **_March 18, 2016_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Robert Der Ohanian
4454 Rosemont Ave.
Montrose, CA 91020

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 18, 2016 | Megan Wertz | /s/ Megan Wertz |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**EXHIBIT "2"**

1  TIMOTHY J. YOO (State Bar 155531)
   tjy@lnbyb.com
2  CARMELA T. PAGAY (State Bar No. 195603)
   ctp@lnbyb.com
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, CA 90067
   Telephone: (310) 229-1234
5  Facsimile:  (310) 229-1244

6  Attorneys for Heide Kurtz
   Chapter 7 Trustee
7

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA
                   LOS ANGELES DIVISION
10

11
   In re                              Case No. 2:11-bk-27018-ER
12
                                      Chapter 7
13 ROBERT DER OHANIAN,
                                      **NOTICE OF FILING OF**
14              Debtor.               **APPLICATION OF CHAPTER 7**
                                      **TRUSTEE TO EMPLOY LEVENE,**
15                                    **NEALE, BENDER, YOO & BRILL**
                                      **L.L.P. AS GENERAL**
16                                    **BANKRUPTCY COUNSEL**

17                                    [No Hearing Required]

18

19 **TO ALL INTERESTED PARTIES**:

20        **PLEASE TAKE NOTICE** that Heide Kurtz, the Chapter 7 Trustee (the "Trustee," or

21 "Applicant") for the estate of Robert Der Ohanian (the "Debtor"), has filed an application (the

22 "Application") to employ the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P.

23 ("LNBYB") as general bankruptcy counsel effective as of January 7, 2016.  A copy of the

24 complete Application is on file with the Court and may be obtained by submitting a written

25 request to LNBYB, whose name, address and facsimile number are set forth in the upper left-

26 hand corner of the first page of this Notice.

27        **PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ LNBYB as its

28 bankruptcy counsel to render, among others, the following types of professional services:

                                      1

a.      recovering and liquidating the Debtor's interest in the commercial real property located at 1008 E. Broadway, Glendale, California 91205 and, if warranted, seeking to revoke the Debtor's discharge;

b.      advising Applicant with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor;

c.      advising Applicant with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

d.      representing Applicant in any proceeding or hearing in the Bankruptcy Court involving its estate unless Applicant is represented in such proceeding or hearing by other special counsel;

e.      conducting examinations of witnesses, claimants or adverse parties and representing Applicant in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities;

f.      preparing and assisting the Applicant in the preparation of reports, applications, pleadings and orders including, but not limited to objections to claims, settlements and other matters relating to the case;

g.      investigating, evaluating, and prosecuting objections to claims as may be appropriate; and

h.      performing any other services which may be appropriate in LNBYB's representation of Applicant during the bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that LNBYB is a firm which specializes in the practice of bankruptcy law and has represented chapter 7 trustees in many bankruptcy cases for numerous years.

**PLEASE TAKE FURTHER NOTICE** that to the best of Applicant's knowledge and based upon the Declaration of Timothy J. Yoo (the "Yoo Declaration"), LNBYB and all attorneys associated with LNBYB who expect to render services in this matter are disinterested

2

persons, do not hold or represent an interest adverse to the estate, and do not have any connections with the Debtor, the creditors of the estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST.   In addition, LNBYB has represented the Trustee in unrelated cases before the United States Bankruptcy Court.  Such prior representation does not affect the proposed representation herein.

**PLEASE TAKE FURTHER NOTICE** that because LNBYB's practice is limited exclusively to matters of bankruptcy, insolvency and reorganization law, the services provided by LNBYB do not include the rendition of substantive legal advice outside of these areas such as corporate, tax, securities, tort, environmental, labor, criminal, real estate law or real estate litigation.  LNBYB will not be required to represent or advise the Trustee in matters which LNBYB believes are beyond LNBYB's expertise such as the areas of law just described.  In addition, LNBYB will not be required to represent the Trustee in matters where LNBYB determines that it lacks the ability to staff the matter adequately, such as in certain, major complex litigation.

**PLEASE TAKE FURTHER NOTICE** that no compensation will be paid by the Trustee to LNBYB except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code. The hourly rates of attorneys and paraprofessionals of LNBYB are set forth on the attached schedule.  LNBYB has not received any retainer for legal services in contemplation of and in connection with this case.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that any response and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), be filed and served on the Trustee, his counsel, and the Office of the United States Trustee not later than 14 days from the date of service of this Notice.

///

///

3

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

Dated:  March 18, 2016

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


By:  _____*/s/ Timothy J. Yoo*_____
           TIMOTHY J. YOO
           CARMELA T. PAGAY
           Attorneys for Heide Kurtz
           Chapter 7 Trustee

4

| <u>ATTORNEYS</u> | <u>2016 Rates</u> |
|---|---|
| DAVID W. LEVENE | 595 |
| DAVID L. NEALE | 595 |
| RON BENDER | 595 |
| MARTIN J. BRILL | 595 |
| TIMOTHY J. YOO | 595 |
| GARY E. KLAUSNER | 595 |
| EDWARD M. WOLKOWITZ | 595 |
| DAVID B. GOLUBCHIK | 595 |
| BETH ANN R. YOUNG | 575 |
| MONICA Y. KIM | 575 |
| DANIEL H. REISS | 575 |
| IRVING M. GROSS | 575 |
| PHILIP A. GASTEIER | 575 |
| EVE H. KARASIK | 575 |
| TODD A. FREALY | 575 |
| KURT RAMLO | 575 |
| JACQUELINE L. RODRIGUEZ | 555 |
| JULIET Y. OH | 555 |
| TODD M. ARNOLD | 555 |
| CARMELA T. PAGAY | 555 |
| ANTHONY A. FRIEDMAN | 515 |
| KRIKOR J. MESHEFEJIAN | 515 |
| JOHN-PATRICK M. FRITZ | 515 |

LINDSEY L. SMITH                425

JEFFREY KWONG                  335

PARAPROFESSIONALS              250

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_March 18, 2016_**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Heide Kurtz (TR)     trustee@hkurtzco.com, ecf.alert+Kurtz@titlexi.com
- Andrew Edward Smyth     office@smythandsmyth.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **_March 18, 2016_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Robert Der Ohanian
4454 Rosemont Ave.
Montrose, CA 91020

**[ALL CREDITORS SERVED – SEE ATTACHED MATRIX]**          ☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2016 | Megan Wertz | /s/ Megan Wertz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:11-bk-27018-ER
Central District of California
Los Angeles
Fri Mar 18 10:07:40 PDT 2016

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division

Apex Financial Mgmt LLC
1120 W. Lake Cook Rd #A
Buffalo Grove, IL 60089-1970

Bank of America
P.O. Box 5170
Simi Valley, Ca 93062-5170

Bank of America
c/o FAM
P.O.Box 45149
Atlanta, GA 30320

Bank of America
c/o P Scott Lowery
4500 Chery Creek
Denver, CO 80246

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Chase
300 S. Grand Ave, 4th Floor
Los Angeles, CA 90071-3109

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Chevron
P.O. Box 530950
Atlanta, GA 30353-0950

Discover
P.O. Box 1997
Southgate, MI 48195-0997

FAM
P.O. Box 451409
Atlanta, GA 31145-9409

Orchard Bank
P.O. Box 80084
Salinas, CA 93912-0084

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Shell
P.O. Box 6406
Sioux Falls, SD 57117-6406

US Bank
P.O. Box 6351
Fargo, ND 58125-6351

Vital Recovery Service, Inc.
P.O. Box 923748
Norcross, GA 30010-3748

Wells Fargo
P.O. Box 6995
Portland, OR 97228-6995

Wells Fargo
P.O. Box 9210
Des Moines, IA 50306-9210

Andrew Edward Smyth
Smyth Law Office
4929 Wilshire Blvd Ste 605
Los Angeles, CA 90010-3875

Heide Kurtz (TR)

Robert Der Ohanian

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 5, 2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Heide Kurtz (TR)     trustee@hkurtzco.com, ecf.alert+Kurtz@titlexi.com**
- **Andrew Edward Smyth    office@smythandsmyth.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Timothy J Yoo    tjy@lnbyb.com**

**2.  SERVED BY UNITED STATES MAIL**: On **April 5, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 5, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Attorney Service***
Hon. Ernest M. Robles
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 5, 2016 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**