**OAK TREE LAW**
JULIE J. VILLALOBOS, Esq., SBN 263382
LARRY FIESELMAN, Esq., SBN 81872
Email: larry@oaktreelaw.com
10900 183rd Street, Suite 270
Cerritos, California 90703
Telephone: (562) 741-3943
Facsimile: (562) 264-1496

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT DER OHANIAN,<br><br>Debtor. | Ch. 7 case no. 2:11-bk-27018-ER<br><br>**DEBTOR'S MOTION FOR ORDER DISMISSING CHAPTER 7 CASE; POINTS AND AUTHORITES; DECLARATION OF ROBERT DER OHANIAN**<br><br>Date:  July 6, 2016<br>Time: 10:00 a.m.<br>Ctrm: 1568 |

The debtor herein, ROBERT DER OHANIAN, hereby moves the court for an order dismissing his Chapter 7 proceeding on the basis that the interests of justice would be served by a dismissal of this matter.

In support of this motion the debtor alleges as follows:

1. Debtor has deposited with the attorney for the Chapter 7 Trustee the sum of $70,000.00 to be applied towards liquidation of all allowed unsecured claims, trustee's fees, trustee attorney's fees, broker fees and other miscellaneous fees and costs.

2. If allowed unsecured claims and other claims and costs exceed the aforesaid $70,000.00, the debtor will deposit additional funds, prior to the hearing of this motion, with the Chapter 7 trustee's attorney to cover those additional amounts. Thus, all unsecured creditors will be paid in full.

WHEREFORE, the debtor respectfully asks that his motion be granted and the within case dismissed.

Dated: June 1, 2016.                          OAK TREE LAW

By: _____
    LARRY FIESELMAN
    Attorney for Debtor

## POINTS AND AUTHORITIES

The debtor herein, ROBERT DER OHANIAN, respectfully submits the following points and authorities in support of his motion for an order dismissing the within pending Chapter 7 case.

*11 U.S.C. § 707*, provides, in pertinent part, as follows:

"(a) The court may dismiss a case under this chapter only after notice and a

hearing and only for cause, including –

(1) unreasonable delay by the debtor that is prejudicial to creditors;

(2) nonpayment of any fees or charges required under chapter 123

of title 28; and

(3) failure of the debtor in a voluntary case to file, within fifteen days

or such additional time as the court may allow after the filing of

the petition commencing such case, the information required by

paragraph (1) of section 521, but only on a motion by the United

States trustee.

. . ."

The foregoing "causes" are not exclusive and the court may consider additional facts in its decision to grant a motion to dismiss.

In this case, "cause" exists in that the debtor has provided sufficient funds with which to liquidate all claims and fees incurred in connection with this case. Therefore, no good cause would then exist for continuing the case.

Pursuant to *FRBP* 1017, notice to creditors and other parties in interest is required before a case may be dismissed. Debtor has given that notice.

Additionally, debtor is required to file a list of creditors, with their addresses, before the hearing.

WHEREFORE, the debtor respectfully asks this court to grant his motion and dismiss the within pending proceeding after payment by the debtor of all fees, costs and allowed claims herein.

Dated: June 1, 2016.

OAK TREE LAW

By: _____
LARRY FIESELMAN
Attorney for Debtor

# DECLARATION OF ROBERT DER OHANIAN

I, ROBERT DER OHANIAN, declare that:

1. I am the debtor in the within pending matter. The following statements are made from my personal knowledge. If called upon to testify I could and would competently testify to the facts as herein set forth.

2. I have deposited with the attorney for the Chapter 7 Trustee the sum of $70,000.00 to be applied towards liquidation of all allowed unsecured claims, trustee's fees, trustee attorney's fees, broker fees and other miscellaneous fees and costs.

3. If allowed unsecured claims and other claims and costs exceed the aforesaid $70,000.00, I will deposit additional funds, prior to the hearing of this motion, with the Chapter 7 trustee's attorney to cover those additional amounts. Thus, all unsecured creditors will be paid in full.

4. I respectfully ask this court to grant my motion.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed at Glendale CA on June __1__, 2016.

ROBERT DER OHANIAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10900 183rd Street, Suite 270, Cerritos CA 90703

A true and correct copy of the foregoing document entitled (*specify*): DEBTOR'S MOTION FOR ORDER DISMISSING
CHAPTER 7 CASE; POINTS AND AUTHORITIES; DECLARATION OF ROBERT DER OHANIAN

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/01/2016_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 06/02/2016_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HON. ERNEST ROBLES, Judge
255 E. Temple Street, Ctrm 1568
Los Angeles CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/02/2016 | LARRY FIESELMAN | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE LIST

## By ECF

Heide Kurtz, Ch. 7 Trustee - trustee@hkurtzco.com
U.S. Trustee – ustpregion16.la.ecf@usdoj.gov
Timothy Yoo, Esq. Atty for Trustee – tjy@lnbyb.com
Carmela Pagay, Esq. Atty for Trustee – ctp@lnbyb.com

## By Regular Mail

Wells Fargo Bank
P.O. Box 9210
Des Moines IA 50306

Wells Fargo Bank
P.O. Box 6995
Portland OR 97228

Vital Recovery Service, Inc.
P.O. Box 923748
Norcross GA 30010-3748

Sallie Mae
P.O. Box 9500
Wilkes Barre PA 18773

Shell
P.O. Box 6406
Sioux Falls SD 57117

U.S. Bank
P.O. Box 6351
Fargo ND 58125-6351

Orchard Bank
P.O. Box 80084
Salinas CA 93912-0084

FAM
P.O. Box 451409
Atlanta GA 31145

Discover
P.O. Box 1997
Southgate MI 48195

Chevron
P.O. Box 530950
Atlanta GA 30353

Chase
P.O. Box 94014
Palatine IL 60094

Chase
300 S. Grand Ave., 4th Floor
L.A. CA 90071

B of A
c/o Scott Lowry
4500 Cherry Creek
Denver CO 80246

B of A
c/o FAM
P.O. Box 45149
Atlanta GA 31145

Capital One
P.O. Box 71083
Charlotte NC 28272

B of A
P.O. Box 5170
Simi Valley CA 93062

Apex Financial Mgmt LLC
1120 W. Lake Cook Rd #A
Buffalo Grove IL 60089

Smyth Law Offices
4929 Wilshire Bl. #605
L.A. CA 90010